closed

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINKAL HOLDINGS, LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK,<br>National Association,<br><br>             Defendant.<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, AS RECEIVER<br>FOR WASHINGTON MUTUAL<br>BANK,<br><br>             Defendant in Intervention. | Case No.  CV 10-4267-VBF(FMOx)<br><br>Assigned to Hon. Valerie Baker Fairbank<br><br>**[PROPOSED] JUDGMENT GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Valerie Baker Fairbank<br>Date:       April 18, 2011<br>Time:       1:30 p.m.<br>Courtroom:  9 |

///

///

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/22122965.1                                    i                          [PROPOSED] JUDGMENT GRANTING
                                                                             JPMORGAN CHASE'S MOTION FOR
                                                                                    SUMMARY JUDGMENT

1  The Motion for Summary Judgment by Defendant JPMorgan Chase Bank, N.A. ("JPMorgan Chase" or "Defendant") came on for hearing before the Honorable Valerie Baker Fairbank.  The Court, having considered the parties' moving, opposing, and reply papers and the evidentiary record as a whole (including the reasons set forth in JPMorgan Chase's Statement of Uncontroverted Facts and Conclusions of Law in Support of Its Motion for Summary Judgment), granted the Motion for the reasons set forth in its Order dated April 20, 2011.

**NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED:**

Judgment as to all claims asserted by Plaintiff shall be entered in favor of Defendant JPMorgan Chase and against Plaintiff Winkal Holdings, LLC; the action of Plaintiff against JPMorgan Chase is dismissed in its entirety; Plaintiff shall take nothing on its action against JPMorgan Chase; and JPMorgan Chase shall recover reasonable costs.

Dated:  April 20, 2011

_____
The Honorable Valerie Baker Fairbank
United States District Court Judge